# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LILI SUN | § | |
| | § | |
| v. | § | CASE NO. 4:15-CV-595 |
| | § | Judge Mazzant/Judge Nowak |
| ASI LLOYDS | § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Motion to Dismiss with Prejudice ("Joint Motion to Dismiss") (Dkt. #13) jointly filed in this cause by Plaintiff Lili Sun ("Plaintiff") and Defendant ASI Lloyds ("Defendant") (collectively, the "Parties"). After considering the Joint Motion to Dismiss and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 3rd day of February, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE